■ MANUFACTURERS HANOVER TRUST COMPANY, Respon-

dent, v JOHN SCHULTZ CONSTRUCTION COMPANY et al., Appellants. (Appeal No. 2.)— Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.